```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR S-08-324 GEB
                                 )
12              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER TO
                                 )  CONTINUE STATUS CONFERENCE
13        v.                     )
                                 )
14  JOHN ALLEN LEE, et al.,      )
                                 )
15              Defendant.       )
                                 )
16  _____)
17        The United States of America, through its counsels of record,
18  McGregor W. Scott, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States
20  Attorney, and defendant John Allen Lee, through his attorney, Ronald
21  Peters, Esq., and defendant Christine Corsbie, through her attorney,
22  Erin Radekin, Esq., hereby stipulate and agree that the status
23  conference scheduled for August 15, 2008, should be continued to
24  September 12, 2008, at 9:00 a.m.
25        Counsel for the government is unavailable due to travel for a
26  work related seminar the week of August 11, 2008.  Ronald Peters,
27  counsel for defendant Lee, is in a state jury trial and is
28  unavailable for the status conference on August 15, 2008, also.
```

1  Defense counsels have no opposition to continuing this matter.  The
2  parties have agreed and respectfully request that the Court set the
3  date of September 12, 2008, at 9:00 a.m., for status conference.
4      Parties agree that time be excluded pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and
6  for continuity of counsel.  The parties agree that time be excluded
7  under this provision for the reasons stated above from August 15,
8  2008, to and including September 12, 2008.
9                                      Respectfully submitted,
10                                     McGREGOR W. SCOTT
                                       United States Attorney
11
12 Dated: August 14, 2008      By:  /s/ William S. Wong
                                    WILLIAM S. WONG
13                                  Assistant U.S. Attorney
14
15 Dated: August 14, 2008      By:  /s/ Ronald Peters
                                    RONALD PETERS, ESQ.
16                                  Attorney for Defendant
                                    JOHN ALLEN LEE
17
18 Dated: August 14, 2008      By:  /s/ Erin Radekin
                                    ERIN RADEKIN, ESQ.
19                                  Attorney for Defendant
                                    CHRISTINE CORSBIE
20
21 _____
                                   **ORDER**
22     Good cause having been shown, it is hereby ordered that this
23 matter be set for a status conference on September 12, 2008, at 9:00
24 a.m. and that time should be excluded under Local Code T-4 from
25 ///
26 ///
27 ///
28 ///

2

August 15, 2008, to and including September 12, 2008.

Dated:  August 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge