1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone:   (916) 922-9270**
   **Facsimile:   (916) 922-2465**
4
   **Attorney for Defendant**
5  **JOHN ALLEN LEE**

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA
                                -o0o-
9

10 UNITED STATES OF AMERICA,        )   CASE NO.: CR  S-08-324 GEB
                                    )
11         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE STATUS
12 v.                                )   CONFERENCE
                                    )
13 JOHN ALLEN LEE, et al.,           )
                                    )
14         Defendant.                )
   _____)

15     The United States of America, through its counsels of record, Mc Gregor W. Scott, United

16 States Attorney for the Eastern District of California, and William S. Wong, Assistant United States

17 Attorney, and defendant John Allen Lee, through his attorney, Ronald Peters, Esq., and defendant

18 Christine Corsbie, through her attorney, Erin Radekin, Esq., hereby stipulate and agree that the status

19 conference scheduled for September 12, 2008, should be continued to September 26, 2008, at 9:00 a.m.

20     Ronald Peters, attorney for John Allen Lee will unavailable due to being out of town beginning

21 September 11, 2008-September 15, 2008. Defense counsel is requesting a continuance of

22 this matter. The parties have agreed and respectfully request that the Court set the date of September

23 26, 2008, at 9:00 a.m., for the status conference.

24     Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

25 Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time

26 be excluded under this provision for the reasons states above from September 12, 2008, to and including

27 September 26, 2008.

28

1  DATE: 08/27/08				Respectfully submitted

3					By:	/s/Ron Peters
						RON PETERS
4						Attorney for Defendant
						JOHN ALLEN LEE

6  DATE: 08/27/08				By:	/s/ William S. Wong
7						William S. Wong
						Assistant U.S. Attorney

10 DATE: 08/27/08				By:	/s/ Erin Radekin
						Erin Radekin
11						Attorney for Defendant
						 CHRISTINE CORSBIE

## **ORDER**

Good cause have been shown, it hereby ordered, that this matter be set for status conference on September 26, 2008, at 9:00 a.m. and that the time should be exclude under Local Code T-4 from September 12, 2008, to and including September 26, 2008.

Dated: August 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge