1  ERIN J. RADEKIN
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CHRISTINE CORSBIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 08-CR-324 GEB |
| Plaintiff, | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE; STIPULATION AND [PROPOSED] ORDER; EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **JOHN ALLEN LEE and CHRISTINE CORSBIE,** | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William Wong, and defendants, John Allen Lee and Christine Corsbie, by and through their counsel, Ron Peters and Erin J. Radekin, agree and stipulate to vacate the existing status conference date in the above-captioned action, May 8, 2009 at 9:00 a.m., and to continue the matter to May 29, 2009 at 9:00 a.m., for status conference in the courtroom of the Honorable Garland E. Burrell.

This continuance is requested by the defense and the prosecution to permit further preparation of the plea agreement. The Court is advised that Mr. Wong and Mr. Peters concur with the May 29, 2009 status conference date and have authorized Ms. Radekin to sign this stipulation on their behalf.

1 | The parties further agree and stipulate that the period for the filing of this stipulation
2 | until May 29, 2009, should be excluded in computing time for commencement of trial under
3 | the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)
4 | and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for
5 | effective presentation. It is further agreed and stipulated that the ends of justice served in
6 | granting the continuance and allowing the defendant further time to prepare outweigh the
7 | best interests of the public and the defendants in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 7, 2009                /s/ WILLIAM WONG
                                  WILLIAM WONG
                                  United States Attorney

Dated: May 7, 2009                /s/ ERIN J. RADEKIN
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  CHRISTINE CORSBIE

Dated: May 7, 2009                /s/ RON PETERS
                                  RON PETERS
                                  Attorney for Defendant
                                  JOHN ALLEN LEE

## **ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to May 29, 2009 at 9:00 a.m. The court finds excludable time in this matter from May 8, 2009 through May 29, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: May 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge