1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CR S-08-324 GEB
                                )
12                  Plaintiff,  ) STIPULATION AND [PROPOSED] ORDER TO
                                ) VACATE STATUS CONFERENCE AND SET
13      v.                      ) ENTRY OF PLEA OR TRIAL SETTING
                                )
14 JOHN ALLEN LEE, et al.,      )
                                )
15                  Defendants. )
   _____)
16

17      The United States of America, through its counsels of record,

18 Lawrence G. Brown, Acting United States Attorney for the Eastern

19 District of California, and William S. Wong, Assistant United States

20 Attorney, and defendant John Allen Lee, through his attorney, Ronald

21 Peters, Esq., and defendant Christine Corsbie, through her attorney,

22 Erin Radekin, Esq., hereby stipulate and agree that the status

23 conference scheduled for May 29, 2009, should be vacated and a

24 hearing for an entry of plea or trial setting be schedule for July

25 10, 2009, at 9:00 a.m.

26      Counsel for the government and the defendants are actively

27 negotiating a possible resolution to this matter and require

28 additional time.

                                  1

1    Parties agree that time be excluded pursuant to 18 U.S.C. §

2  3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and

3  for continuity of counsel.  The parties agree that time be excluded

4  under this provision for the reasons stated above from May 29, 2009,

5  to and including July 10, 2009.

6                                      Respectfully submitted,

7                                      LAWRENCE G. BROWN
                                       Acting United States Attorney
8

9  Dated: May 28, 2009          By:  /s/ William S. Wong
                                      WILLIAM S. WONG
10                                     Assistant U.S. Attorney

11

12  Dated: May 28, 2009          By:  /s/ Ronald Peters
                                      RONALD PETERS, ESQ.
13                                     Attorney for Defendant
                                       JOHN ALLEN LEE
14

15  Dated: May 28, 2009          By:  /s/ Erin Radekin
                                      ERIN RADEKIN, ESQ.
16                                     Attorney for Defendant
                                       CHRISTINE CORSBIE
17

_____

18                                  **ORDER**

19    Good cause having been shown, it is hereby ordered that this

20  matter be set for entry of plea or trial setting on July 10, 2009,

21  at 9:00 a.m. and that time should be excluded under Local Code T-4

22  from May 29, 2009, to and including July 10, 2009.

23  Dated:  June 1, 2009

24

25  _____
    GARLAND E. BURRELL, JR.
26  United States District Judge

27

28

                                    2