**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTINE CORSBIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-00324 |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF STATUS CONFERENCE AND** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| **CHRISTINE CORSBIE, et al.** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William S. Wong, counsel for plaintiff, Attorney Erin J. Radekin, counsel for defendant Christine Corsbie, and Attorney Ronald J. Peters, counsel for defendant John Allen Lee, that the status conference currently set for July 10, 2009 at 9:00 a.m. be vacated and continued to July 31, 2009 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that Ms. Radekin needs additional time to review the plea agreement with Ms. Corsbie. Further, Mr. Peters and Mr. Wong need additional time for plea negotiations. The Court is advised that Mr. Wong and Mr. Peters concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 31, 2009 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 9, 2009         McGREGOR W. SCOTT
                            United States Attorney

                            By:      /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant United States Attorney

Dated: July 9, 2009              /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               CHRISTINE CORSBIE

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of July 9, 2009 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on July 31, 2009 at 9:00 a.m.  The court finds excludable time in this matter through July 31, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge