LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOHN ALLEN LEE

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  2:08-CR-324 GEB |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE** |
| JOHN ALLEN LEE | ) **DATE:** February 19, 2010 |
| Defendant. | ) **TIME:** 9:00 a.m. |
| | ) **JUDGE:** Hon. Garland E. Burrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for February 19, 2010 be continued to March 26, 2010. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: February 18, 2010          by     /s/ Chris Cosca
                                         Chris Cosca
                                         Attorney for Defendant
                                         JOHN ALLEN LEE


DATED: February 18, 2010          by     /s/ Chris Cosca for
                                         William S. Wong
                                         Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for February 19, 2010 is continued to March 26, 2010 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 2/22/10
                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

- 2 -